# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALIN PEREZ, | )<br>) |
| Plaintiff, | )  Case No.  2:13-cv-00663-APG-CWH<br>) |
| vs. | )  **ORDER**<br>) |
| NETJETS SERVICES, INC., | )<br>) |
| Defendant. | )<br>) |

This matter is before the Court on Plaintiff's Motion for Early Neutral Evaluation (#12), filed on May 15, 2013. The Court also considered Defendant's Motion for Relief from Early Neutral Evaluation (#13), filed on May 16, 2013. Having review the Complaint (#1, 11-18), the Court finds that this action does not include claims filed under the statutes specified in Local Rule 16-6(a) that are submitted to the Early Neutral Evaluation program. Moreover, Plaintiff's Motion fails to provide any explanation of why this action qualifies for the Early Neutral Evaluation program and merely cites Local Rule 16-6(b) that allows a party to submit notice.

Based on the foregoing and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Early Neutral Evaluation (#12) is **denied**.

**IT IS FURTHER ORDERED** that Defendant's Motion for Relief from Early Neutral Evaluation (#13) is **granted**.

DATED this 17th day of May, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**